UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

ROSALBA CARILLO ROMERO,     Petitioner,

v.     Civil Action No. 4:25-cv-188-DJH

PAMELA BONDI, U.S. Attorney General et al.,     Respondents.

\* \* \* \* \*

## ORDER

The parties jointly request to forgo the upcoming show-cause hearing due to a lack of relevant factual disputes and propose an agreed briefing schedule. (Docket No. 7) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the joint motion to forgo the hearing (D.N. 7) is **GRANTED** and the proposed briefing schedule is **ADOPTED**. The show-cause hearing of this matter, currently set for December 29, 2025, is **REMANDED** from the Court's docket. **On or before December 23, 2025**, Respondents **SHALL** respond to the Court's show-cause order (D.N. 4). Petitioner may file a reply **on or before December 29, 2025**.

December 22, 2025

David J. Hale, Chief Judge
United States District Court

1